No. 909. UNITED STATES v. BOND. Court of Claims. Certiorari denied. Solicitor General Soboloff, Paul A. Sweeney and Herman Marcuse for the United States. Augustin M. Prentiss for respondent.

No. 653, Misc. LABONTE v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. Supreme Judicial Court of Massachusetts. Certiorari denied. Samuel Perman for petitioner. Noel W. Deering for respondent.

No. 682, Misc. COOK v. MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied.

No. 683, Misc. REDD v. MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied.

No. 722, Misc. LEBRON ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Ben Paul Noble for petitioners. Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg and Richard J. Blanchard for the United States.

No. 739, Misc. WILLIAMS v. PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.